MAYER BROWN LLP
Dale J. Giali (SBN 150382)
dgiali@mayerbrown.com
Michael L. Resch (SBN 202909)
mresch@mayerbrown.com
Barrett L. Schreiner (SBN 266617)
bschreiner@mayerbrown.com
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

Attorneys for Defendant
CHOBANI, INC., also formerly known as
AGRO-FARMA, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| KATIE KANE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHOBANI, INC., also known as AGRO-FARMA, INC.,<br><br>Defendant. | Case No. CV 12-02425-LHK<br><br>[PROPOSED] ORDER ON JOINT STIPULATION RE: RESPONSE DATE TO AMENDED CLASS ACTION COMPLAINT, AND CONTINUING THE CASE MANAGEMENT CONFERENCE AND RELATED DATES<br><br>Complaint filed: May 14, 2012<br><br>Judge: Hon. Lucy H. Koh |

[PROPOSED] ORDER ON JOINT STIPULATION RE: RESPONSE DATE TO AMENDED CLASS ACTION COMPLAINT, AND CONTINUING THE CASE MANAGEMENT CONFERENCE AND RELATED DATES;
CV 12-02425-LHK

703145326.1

# ORDER

The Court, having considered the stipulation of the Parties, and for good cause shown, orders as follows:

(1) Defendant shall answer or otherwise respond to the Amended Complaint no later than October 12, 2012;

(2) The Case Management Conference shall be continued to January 9, 2013, or at a time thereafter that is convenient for the Court;

(3) The Parties' Joint Case Management Conference Statement shall be due no later than January 2, 2013, or at a time thereafter that is convenient for the Court; and

(4) All deadlines (including ADR deadlines) based on the Case Management Conference shall be continued accordingly.

IT IS SO ORDERED.

DATED: September 10, 2012

_____
THE HONORABLE LUCY H. KOH

---

1

[PROPOSED] ORDER ON JOINT STIPULATION RE: RESPONSE DATE TO AMENDED CLASS ACTION COMPLAINT, AND CONTINUING THE CASE MANAGEMENT CONFERENCE AND RELATED DATES; CV 12-02425-LHK

703145326.1