Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

KATIE KANE )
 ) Case No: 12-02425-LHK
Plaintiff(s), )
 ) **APPLICATION FOR**
v. ) **ADMISSION OF ATTORNEY**
CHOBANI, INC. ) **PRO HAC VICE**
 ) **(CIVIL LOCAL RULE 11-3)**
Defendant(s). )

I, Darren Lee Brown, an active member in good standing of the bar of Texas, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Katie Kane in the above-entitled action. My local co-counsel in this case is Ben F. Pierce Gore, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 490 Park Street<br>Beaumont, TX 77701 | 1901 S. Bascom Avenue, Ste. 350<br>Campbell, CA 95008 |
| MY TELEPHONE # OF RECORD:<br>(409) 838-8881 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(408) 429-6506 |
| MY EMAIL ADDRESS OF RECORD:<br>dbrown@pulf.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>pgore@prattattorneys.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 03108350.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 9.17.12

*/s/ Darren Brown*
APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Darren Lee Brown is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: September 28, 2012

*Lucy H. Koh*
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

PRO HAC VICE APPLICATION & ORDER



# PROVOST ★ UMPHREY
## LAW FIRM L.L.P.

**DARREN L. BROWN**
ATTORNEY

BOARD CERTIFIED: PERSONAL INJURY TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

September 17, 2012

Clerk of the Court
United States District Court
Attention: Attorney Admissions
450 Golden Gate Avenue
San Francisco, CA 94102

RE: Cause No. 12-02425-LHK; Katie Kane, individually and on behalf of all others similarly situated v. Chobani, Inc., also formerly known as Agro-Farma, Inc.

To Whom It May Concern:

Enclosed for filing among the papers of the above-referenced cause, please find the following:

- Application for Admission of Attorney Pro Hac Vice
- Order Granting Application for Admission of Attorney Pro Hac Vice
- Certificate of Good Standing-State Bar of Texas
- Check payable to Clerk, US District Court in the amount of $305

Thank you for your attention to this matter.

Sincerely,

Darren L. Brown

DLB/mg
Enclosures

490 PARK STREET • P.O. BOX 4905 • BEAUMONT, TEXAS 77704
409-835-6000 • 1-800-289-0101 • FAX 409-838-8888 • www.provostumphrey.com
Beaumont, TX • Houston, TX • Tyler, TX • Nashville, TN • North Little Rock, AR

# STATE BAR OF TEXAS



**Office of The Chief Disciplinary Counsel**

September 13, 2012

RE:   **Mr. Darren Lee Brown**
State Bar Number - **03108350**

To Whom it May Concern:

This is to certify that Mr. Darren Lee Brown was licensed to practice law in Texas on November 01, 1991 and is an active member in good standing with the State Bar of Texas.

Good Standing means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

Linda A. Acevedo
Chief Disciplinary Counsel

LA/dh



P.O. Box 12487, Capitol Station, Austin, Texas 78711, 512-427-1463 or 1-800-204-2222