UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KATIE KANE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>CHOBANI, INC., also known as AGRO-FARMA, INC.<br><br>Defendant. | Case No. 12-CV-02425-LHK<br><br>ORDER RE: JOINT STIPULATION RE: (1) FILING OF SECOND AMENDED COMPLAINT, AND (2) BRIEFING AND HEARING SCHEDULES ON DEFENDANT'S MOTION TO DISMSISS AND PLAITNIFF'S MOTION FOR PRELIMINARY INJUNCTION |

The parties have filed a Joint Stipulation re: (1) Filing of Second Amended Complaint, and (2) Briefing and Hearing Schedules on Defendant's Motion to Dismiss and Plaintiff's Motion for Preliminary Injunction ("Stipulation"). ECF No. 31. The Court, having considered the Stipulation, and for good cause shown, ORDERS as follows:

(1) Plaintiff shall file her second amended complaint ("Second Amended Complaint") no later than October 10, 2012;

(2) In light of the Second Amended Complaint, Defendant no longer has a deadline of October 12, 2012 to answer or otherwise respond to the Amended Complaint;

(3) Defendant's deadline to respond to the Second Amended Complaint shall be November 12, 2012;

1

Case No.: 12-CV-02425-LHK
ORDER RE: JOINT STIPULATION RE: (1) FILING OF SECOND AMENDED COMPLAINT, AND (2) BRIEFING AND HEARING SCHEDULES ON DEFENDANT'S MOTION TO DISMSISS AND PLAITNIFF'S MOTION FOR PRELIMINARY INJUNCTION

1   (4) Defendant shall have until November 2, 2012 to file its opposition to Plaintiff's motion for a preliminary injunction, and Plaintiff shall have until December 3, 2012 to file her reply; and

(5) The Parties' request that Defendant's yet to be filed motion to dismiss the Second Amended Complaint be heard on January 24, 2012 is DENIED.  If Defendant intends to file a motion to dismiss the Second Amended Complaint, Defendant shall contact the Court and request a hearing date before Defendant files its motion.  Should the Parties wish to change the due date for Plaintiff's opposition to Defendant's motion to dismiss, or the due date for Defendant's reply in support of Defendant's motion to dismiss, they must file a stipulation setting forth the amended briefing schedule after Defendant has filed its motion to dismiss.

**IT IS SO ORDERED.**

Dated: October 2, 2012

_____
LUCY H. KOH
United States District Judge

2
Case No.: 12-CV-02425-LHK
ORDER RE: JOINT STIPULATION RE: (1) FILING OF SECOND AMENDED COMPLAINT, AND (2) BRIEFING AND HEARING SCHEDULES ON DEFENDANT'S MOTION TO DISMSISS AND PLAITNIFF'S MOTION FOR PRELIMINARY INJUNCTION