1
2
3
4
5
6
7

8 **UNITED STATES DISTRICT COURT**

9 **NORTHERN DISTRICT OF CALIFORNIA**

10 **SAN JOSE DIVISION**

11

| | |
|---|---|
| KATIE KANE, DARLA BOOTH and ARIANA ROSALES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHOBANI, INC., also known as AGRO-FARMA, INC.,<br><br>Defendant. | Case No. CV 12-02425-LHK<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION RE BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>Complaint filed: May 14, 2012<br><br>Judge: Hon. Lucy H. Koh |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

The Court, having considered the Stipulation of the Parties, and for good cause shown, orders as follows:

Plaintiffs shall have until January 14, 2013 to file their opposition to Defendant's motion to dismiss Plaintiffs' Second Amended Complaint, scheduled for hearing on March 14, 2013. Defendant shall have until February 11, 2013 to file its reply.

IT IS SO ORDERED.

DATED: November 27, 2012

*Lucy H. Koh*
HON. LUCY H. KOH
United States District Judge

---

-1-
[PROPOSED] ORDER ON JOINT STIPULATION RE BRIEFING SCHEDULE ON DEFENDANT'S MOTION
TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT                              CV 12-02425-LHK