MAYER BROWN LLP
Dale J. Giali (SBN 150382)
*dgiali@mayerbrown.com*
Michael L. Resch (SBN 202909)
*mresch@mayerbrown.com*
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

Attorneys for Defendant
CHOBANI, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| KATIE KANE, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHOBANI, INC.,<br><br>Defendant. | Case No. CV 12-02425-LHK<br><br>**[PROPOSED]**<br><br>**ORDER ON JOINT STIPULATION RE BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Complaint filed: May 14, 2012<br><br>Judge: Hon. Lucy H. Koh |

1 **ORDER**

2  The Court, having considered the stipulation of the Parties (Dkt. #45), and
3  for good cause shown, orders as follows:
4  (1) Defendant Chobani, Inc. shall have until April 15, 2013 to file'cp
5  opposition to Plaintiffs' motion for a preliminary injunction (Dkt. #44).
6  (2) Plaintiffs shall have until June 14, 2013 to file their reply.
7  (3) The hearing date on Plaintiffs' motion for preliminary injunction will be July
8  11, 2013 at 1:30 p.m.

11  IT IS SO ORDERED.

14  DATED: February 12, 2013        _Lucy H. Koh_____
      The Honorable Lucy H. Koh
15      U.S. District Court Judge