# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| KATIE KANE, an individual, DARLA BOOTH, an individual, and ARIANNA ROSALES, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHOBANI, INC., also formerly known as AGRO-FARMA, INC.,<br><br>Defendant. | Case No. CV 12-02425 LHK<br><br>~~(Proposed)~~<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |

Colin H. Dunn, whose business address and telephone number is

Clifford Law Offices, P.C.
120 North LaSalle, Suite 3100
Chicago, IL 60602
312-899-9090

and who is an active member in good standing of the bar of Illinois having applied in the above entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Katie Kane, Darla Booth and Arianna Rosales.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: February 21, 2013     _____

HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE