# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

KATIE KANE, an individual, et al.

        Plaintiff(s),

v.

CHOBANI, INC.,

        Defendant(s).

Case No: CV 12-02425 LHK

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, s/Michael Sean Krzak, an active member in good standing of the bar of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Katie Kane, et al in the above-entitled action. My local co-counsel in this case is Ben F. Pierce Gore (#128515), an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Clifford Law Offices, P.C.<br>120 North LaSalle, Suite 3100<br>Chicago, IL 60602 | Pratt & Associates<br>1871 The Alameda, Suite 425<br>San Jose, CA 95126 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (312) 899-9090 | (408) 429-6506 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| rac@cliffordlaw.com | pgore@prattattorneys.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6243295.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 02/20/13

                                                s/Michael Sean Krzak
                                                APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of s/Michael Sean Krzak is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: February 21, 2013

                                            *Lucy H. Koh*
                                            Lucy H. Koh
                                            United States District Judge