MAYER BROWN LLP
Dale J. Giali (SBN 150382)
dgiali@mayerbrown.com
Michael L. Resch (SBN 202909)
mresch@mayerbrown.com
Andrew Z. Edelstein (SBN 218023)
aedelstein@mayerbrown.com
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

Attorneys for Defendant
CHOBANI, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KATIE KANE, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHOBANI, INC.<br><br>Defendant. | Case No. CV 12-02425-LHK<br><br>**DECLARATION OF FREDERICK H. DEGNAN IN SUPPORT OF CHOBANI, INC.'S MOTION TO: (1) DISQUALIFY PLAINTIFFS' COUNSEL; (2) BAR THEM FROM DISCUSSING ISSUES IN THIS CASE WITH REPLACEMENT COUNSEL; AND (3) BAR EAS CONSULTING GROUP LLC FROM DISCUSSING ISSUES IN THIS CASE WITH PLAINTIFFS' OR REPLACEMENT COUNSEL**<br><br>[Defendant Chobani, Inc.'s Notice Of Motion And Motion To Disqualify Plaintiffs' Counsel filed concurrently herewith]<br><br>Date: July 11, 2013<br>Time: 1:30 p.m.<br>Ctrm.: 8<br>Judge: Hon. Lucy H. Koh<br><br>Complaint Filed: May 14, 2012 |

**DECLARATION OF FREDERICK H. DEGNAN**

I, Frederick H. Degnan, declare:

1. I am a partner with the law firm of King & Spalding, LLP. I serve as an outside counsel to Chobani, Inc. ("Chobani"), including in an advisory capacity in the above-captioned matter. I have personal knowledge of the facts to which I refer in this declaration. I submit this declaration in support of Chobani's motion to disqualify Plaintiffs' counsel. Because the communications with my client and expert are confidential and protected by the attorney-client privilege and work product doctrine, and I do not intend, and do not, by providing this declaration waive any such protections, I have – consistent with *Shadow Traffic Network v. Superior Court*, 24 Cal. App. 4th 1067, 1085 (1994) – identified them only by subject matter.

2. I have reviewed the allegations against Chobani in this case, including Plaintiffs' claims that Chobani's labels violate regulations promulgated by the U.S. Food and Drug Administration ("FDA") (1) by stating "Only Natural Ingredients," when the product contains a color additive, (2) by listing "evaporated cane juice" in the ingredient list on the product labels, and (3) by failing to meet the requirements of the current FDA standard of identity for yogurt because the product contains evaporated cane juice. Complaint at ¶¶ 49-75; First Amended Complaint at ¶¶ 48-70; Second Amended Complaint at ¶¶ 53-85.

3. Since the filing of the lawsuit, I have been present during and participated in communications (both in-person and on the telephone) during which Michael Resch, Esq. of Mayer Brown, Cathy King, Esq. as Chobani's General Counsel, EAS Consulting Group LLC (including Elizabeth ("Betty") Campbell), and I discussed (1) FDA regulatory and legal precedent and principles with respect to the issues and claims alleged in Plaintiffs' complaints as well as (2) related litigation strategy. Our communications included specific discussions about the Plaintiffs' "natural," evaporated cane juice, and standard of identity claims referenced above, and about possible and anticipated litigation responses to those claims. I always understood and had no occasion to doubt that these conversations were confidential, were directly related to this litigation, and were

protected by the attorney-client communication privilege and/or the attorney work product doctrine.

I declare, under penalty of perjury, under the laws of the United States of America, that the foregoing is to the best of my knowledge and recollection true and correct. Executed on March 4, 2013 in Washington, D.C.

*Frederick H. Degnan*
Frederick H. Degnan

-2-
DECLARATION OF FREDERICK H. DEGNAN IN SUPPORT OF CHOBANI MOTION TO DISQUALIFY;
CASE NO. CV 12-02425-LHK