1 | MAYER BROWN LLP
Dale J. Giali (SBN 150382)
2 | *dgiali@mayerbrown.com*
Michael L. Resch (SBN 202909)
3 | *mresch@mayerbrown.com*
Andrew Z. Edelstein (SBN 218023)
4 | *aedelstein@mayerbrown.com*
350 South Grand Avenue, 25th Floor
5 | Los Angeles, CA 90071-1503
Telephone: (213) 229-9500
6 | Facsimile: (213) 625-0248

7 | Attorneys for Defendant
CHOBANI, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| KATIE KANE, *et al.*, individuals, and on behalf of all others similarly situated, | Case No. CV 12-02425-LHK |
|---|---|
| Plaintiffs, | **[PROPOSED]** ORDER GRANTING STIPULATION ON BRIEFING SCHEDULE FOR DEFENDANT'S MOTION FOR DISQUALIFICATION |
| v. | |
| CHOBANI, INC., | Date: July 11, 2012
Time: 1:30 p.m. |
| Defendant. | Dept.: Courtroom 8; 4th Floor (San Jose)
Judge: Hon. Lucy H. Koh |
| | Complaint Filed: May 14, 2012 |

# **ORDER**

Based on the stipulation of the parties, the Court hereby orders that: (1) plaintiffs' opposition to defendant's motion to disqualify plaintiffs' counsel (Dkt. # 64) is due on April 15, 2013; and (2) defendant's reply in support of the motion is due on June 14, 2013.

IT IS SO ORDERED.

DATED: March 19, 2013

_____
Lucy H. Koh
United States District Judge