**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KATIE KANE, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br> v. <br><br> CHOBANI, INC., also known as AGRO-FARMA, INC. <br><br> Defendant. | Case No. 12-CV-02425-LHK <br><br> ORDER DENYING PLAINTIFFS' MOTION FOR LEAVE TO FILE RESPONSE BRIEF EXCEEDING PAGE LIMIT |

Plaintiffs have filed a motion seeking leave to file 10 additional pages beyond the 25 page limit in Plaintiffs' response to Defendant's Motion to Disqualify Plaintiffs' Counsel. ECF No. 82. Plaintiffs' request is DENIED.

**IT IS SO ORDERED.**

Dated: April 14, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge