1   Mayer Brown LLP
    Dale J. Giali (SBN 150382)
2   *dgiali@mayerbrown.com*
    Michael L. Resch (SBN 202909)
3   *mresch@mayerbrown.com*
    Steven E. Rich (SBN 198412)
4   *srich@mayerbrown.com*
    Andrew Z. Edelstein (SBN 218023)
5   *aedelstein@mayerbrown.com*
    350 South Grand Avenue, 25th Floor
6   Los Angeles, CA  90071-1503
    Telephone:  (213) 229-9500
7   Facsimile:  (213) 625-0248

8   Attorneys for Defendant
    CHOBANI, INC.

9

10

11              **UNITED STATES DISTRICT COURT**

12              **NORTHERN DISTRICT OF CALIFORNIA**

                **SAN JOSE DIVISION**
13

14   KATIE KANE, *et al.,* individuals, on behalf      Case No. CV 12-02425-LHK
     themselves and all others similarly situated,
15                                                      ~~[proposed]~~
                          Plaintiffs,
16                                                      **ORDER GRANTING DEFENDANT
                                                        CHOBANI, INC'S REQUEST FOR
17         v.                                           LEAVE TO FILE SUPPLEMENTAL
                                                        BRIEF ADDRESSING THE IMPACT OF**
     CHOBANI, INC.                                      ***PEREZ V. NIDEK* RE CHOBANI'S
18                                                      PENDING MOTION TO DISMISS**
                          Defendant.
19
                                                        Date:   March 28, 2013
20                                                      Time:   1:30 p.m.
                                                        Dept.:  Judge Koh, Ctrm 8
21

22

23

24

25

26

27

28

1

**ORDER GRANTING LEAVE TO FILE SUPPLEMENTAL BRIEF**

2      Within 7 days of this Order, the parties on each side shall file a brief, not to exceed five

3  pages, regarding the relevance of the Ninth Circuit's recent decision in *Perez v. Nidek Co., Ltd.*,

4  -- F.3d --, 2013 WL 1189098 (9th Cir. 2013), to this case, particularly in regard to whether the

5  Ninth Circuit's decision impacts whether any of Kane's claims should be subject to implied

6  preemption.

7

8  Dated: April 24, 2013

9

10                                                    _____
                                                      Lucy H. Koh
11                                                    U.S. District Court Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28