UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Katie Kane, et al

Plaintiff(s),

v.

Chobani, Inc., et al

Defendant(s).

Case No: 12-02425

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, John W.(Don) Barrett, an active member in good standing of the bar of Mississippi, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Katie Kane, et al in the above-entitled action. My local co-counsel in this case is Ben Pierce Gore, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| P.O. Box 927<br>Lexington, MS 39095 | 1871 The Almeda, Suite 425<br>San Jose, CA  95126 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (662) 834-9168 | (408) 376-0464 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| dbarrett@barrettlawgroup.com | pgore@prattattorneys.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2063.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 06/17/13

John W.(Don) Barrett
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of John W.(Don) Barrett is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: June 18, 2013

*Lucy H. Koh*
Lucy H. Koh
United States District Judge

*PRO HAC VICE* APPLICATION & ORDER