UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KATIE KANE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>CHOBANI, INC., also known as AGRO-FARMA, INC.<br><br>Defendant. | Case No. 12-CV-02425-LHK<br><br>ORDER CONTINUING HEARING ON DEFENDANT'S MOTION TO DISQUALIFY |

The Court hereby CONTINUES the hearing on Defendant's Motion to Disqualify, ECF No. 64, and the upcoming further Case Management Conference from July 11, 2013 to July 25, 2013, at 1:30 p.m. The hearing on Plaintiff's Motion for Preliminary Injunction, ECF No. 44, remains as set on July 11, 2013, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: July 3, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1
Case No.: 12-CV-02425-LHK
ORDER CONTINUING HEARING ON DEFENDANT'S MOTION TO DISQUALIFY