1
2
3
4
5
6
7
8
9
10
11
12

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KATIE KANE, *et al.*, individuals, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHOBANI, INC.,<br><br>Defendant. | Case No.: 12-CV-02425-LHK<br><br>ORDER VACATING JULY 12, 2013 ORDER REGARDING DEFENDANT'S MOTION TO DISMISS; CASE MANAGEMENT ORDER |

On July 25, 2013, the parties appeared before the Court for the hearing on Defendant's

Motion to Disqualify, ECF No. 64, and for a Case Management Conference. During the hearing,

the parties also addressed Defendant's pending Motion for Leave to File a Motion for

Reconsideration of the Court's July 12, 2013 Order regarding Defendant's Motion to Dismiss.

ECF No. 128 ("Motion for Leave"). The parties stipulate to permitting Defendant to file a Motion

for Reconsideration of the issues addressed in Defendant's Motion for Leave: (1) the Court's

characterization of Plaintiffs' ECJ theory, and (2) whether the doctrine of primary jurisdiction

1

United States District Court
For the Northern District of California

1   should apply to preclude Plaintiffs' ECJ claims.  The Court hereby GRANTS Defendant's Motion

2   for Leave.  The Court's July 12, 2013 Order, ECF No. 125, is VACATED.

3       Plaintiffs indicated that they also intend to file a Motion for Leave to File a Motion for

4   Reconsideration of certain aspects of the Court's July 12, 2013 Order.  Plaintiffs shall file their

5   Motion for Leave by July 31, 2013.  Defendant shall file its response by August 7, 2013.  Plaintiffs

6   Motion for Leave and Defendant's response shall be limited to 7 pages each.  No Reply shall be

7   permitted.  After Plaintiffs' Motion for Leave has been decided, the Court will set a hearing date

8   for Defendant's Motion for Reconsideration, or, if Plaintiffs are granted leave, both parties'

9   Motions for Reconsideration.  The parties shall then stipulate to a briefing schedule.

10      With respect to the Case Management Conference, discovery and initial disclosures remain

11  stayed.  The Court also declines to set a case schedule.  A further Case Management Conference

12  will take place on October 30, 2013 at 2:00 p.m.

13  **IT IS SO ORDERED.**

14  Dated: July 25, 2013

_Lucy H. Koh_

LUCY H. KOH
United States District Judge

Case No.: 12-CV-02425-LHK
ORDER VACATING JULY 12, 2013 ORDER REGARDING DEFENDANT'S MOTION TO DISMISS; CASE
MANAGEMENT ORDER