1  MAYER BROWN LLP
   Dale J. Giali (SBN 150382)
2  dgiali@mayerbrown.com
   Michael L. Resch (SBN 202909)
3  mresch@mayerbrown.com
   350 South Grand Avenue, 25th Floor
4  Los Angeles, CA  90071-1503
   Telephone: (213) 229-9500
5  Facsimile:  (213) 625-0248

6  Attorneys for Defendant
   CHOBANI, INC.
7
   Ben F. Pierce Gore (SBN 128515)
8  PRATT & ASSOCIATES
   1871 The Alameda, Suite 425
9  San Jose, CA 95126
   Telephone: (408) 429-6506
10 Facsimile: (408) 369-0752
   pgore@prattattorneys.com
11
   Robert Anthony Clifford (*pro hac vice*)
12 CLIFFORD LAW OFFICES, P.C.
   120 North LaSalle, Suite 3100
13 Chicago, IL 60602
   Telephone: (312) 899-9090
14 rac@cliffordlaw.com

15 Attorneys for Plaintiffs

16              UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA

18                       SAN JOSE DIVISION

19

| | |
|---|---|
| KATIE KANE, *et al.,* individuals, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHOBANI, INC.<br><br>Defendant. | Case No. CV 12-02425-LHK<br><br>**STIPULATION CONFIRMING AGREEMENTS RE THIRD AMENDED COMPLAINT AND 28 U.S.C. § 1292(b) MOTION IN LIGHT OF JULY 25, 2013 RULINGS**<br><br>Date:  July 25, 2012<br>Time:  1:30 p.m.<br>Dept.:  Courtroom 8; 4th Floor (San Jose)<br>Judge: Hon. Lucy H. Koh<br><br>Complaint Filed:  May 14, 2012 |

*WHEREAS*, on July 25, 2013, the Court held a hearing in this action addressing, among other things, defendant Chobani, Inc.'s July 22, 2013 motion for leave to seek reconsideration (Dkt. #128) of the Court's July 12, 2013 Order (Dkt. # 125) on Chobani's motion to dismiss the second amended complaint;

*WHEREAS*, on July 25, 2013, the Court issued an Order (Dkt. # 131) that, among other things, granted Chobani's motion for leave to seek reconsideration and vacated the underlying July 12, 2013 motion to dismiss Order; and

*WHEREAS*, at the Court's request, the parties hereby confirm their agreement regarding certain aspects of the procedural calendar of this action based on these developments;

**NOW THEREFORE**, Chobani and plaintiffs confirm that the Court's vacating of the July 12, 2013 Order (i) vacates the obligation on plaintiffs (from the now vacated Order) to file a third amended complaint, if at all, by a date certain, and (ii) means that there is no time period within which any party should file a motion under 28 U.S.C. § 1292(b) as to the now-vacated Order, and that a § 1292(b) motion relating to the motion to dismiss proceedings, if any, should address the order to be issued by the Court on the pending motion to dismiss.

DATED: July 29, 2013                                MAYER BROWN LLP


By: /s/ Dale J. Giali
      Dale J. Giali
Attorneys for Defendant
CHOBANI, INC.


DATED: July 29, 2013                                CLIFFORD LAW OFFICES, P.C.


By: /s/ *Robert Anthony Clifford*
      Robert Anthony Clifford
Attorneys for Plaintiffs