UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KATIE KANE, *et al.*, individuals, on behalf of themselves and all others similarly situated,<br><br>               Plaintiffs,<br><br>      v.<br><br>CHOBANI, INC.,<br><br>               Defendant. | Case No.: 12-CV-02425-LHK<br><br>ORDER GRANTING THE PARTIES' JULY 29, 2013 STIPULATION |

On July 25, 2013, the Court issued an Order granting Chobani's Motion for Leave to Seek Reconsideration of certain aspects of the Court's July 12, 2013 Order Regarding Chobani's Motion to Dismiss. ECF No. 131. The Court also vacated the July 12, 2013 Order to permit reconsideration of the issues identified by Chobani in its Motion for Lave to Seek Reconsideration. *Id.* On July 29, 2013, the parties filed a stipulation in which the parties state that, in light of the Court's Order vacating the July 12, 2013 Order, the parties agree that: (1) Plaintiffs are not obligated to file a third amended complaint, and (2) there is no time period within which any party should file a motion under 28 U.S.C. § 1292(b) as to the vacated Order, and that a § 1292(b) Motion relating to the Motion to Dismiss proceedings, if any, should address the order to be issued

1

Case No.: 12-CV-02425-LHK
ORDER GRANTING THE PARTIES' JULY 29, 2013 STIPULATION

1   by the Court on the Motion to Dismiss. The parties' stipulation is GRANTED. However, the

2   Court cautions the parties that the Court has not agreed that a § 1292(b) Motion is appropriate or

3   that such a Motion would be granted.

4   **IT IS SO ORDERED.**

5   Dated: July 30, 2013

    _____
    LUCY H. KOH
    United States District Judge