1
2
3
4
5
6
7

United States District Court
For the Northern District of California

8      UNITED STATES DISTRICT COURT

9      NORTHERN DISTRICT OF CALIFORNIA

10     SAN JOSE DIVISION

| | |
|---|---|
| 11  KATIE KANE, *et al.*, individually and on behalf ) of all others similarly situated, ) | Case No.: 12-CV-02425-LHK |
| 12     ) |  |
| 13     Plaintiffs, ) v. ) ) | ORDER VACATING HEARING ON DEFENDANT'S MOTION FOR RECONSIDERATION |
| 14  CHOBANI, INC., ) | |
| 15     Defendant. ) ) | |

A hearing on Defendant's Motion for Reconsideration is scheduled for September 12, 2013, at 1:30 P.M.  ECF No. 146.  Pursuant to Civil Local Rule 7-1(b), the Court concludes that this matter is appropriate for determination without oral argument and accordingly VACATES the September 12, 2013 hearing.

**IT IS SO ORDERED.**


Dated: September 9, 2013

_____
LUCY H. KOH
United States District Judge